IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

SEAN J. LEVIN,

      Applicant,

vs.                                                                                Civil No. 11-204 JH/RHS

ANTHONY ROMERO, Warden,

      Respondent.

## ORDER ADOPTING FINDINGS, DENYING PETITION AND DISMISSING CIVIL PROCEEDINGS

THIS MATTER comes before the Court on the Magistrate Judge's Proposed Findings and Recommended Disposition ("PFRD"), filed November 16, 2011. **[Doc. 22.]** Petitioner has filed objections **[Doc. 23]**, and the Court has made a *de novo* determination of those portions of the PFRD to which Petitioner objected. Having considered the PFRD and Petitioner's Objections thereto, the Court will adopt the Magistrate Judge's Proposed Findings and Recommended Disposition, deny Mr. Levin's 28 U.S.C. § 2254 petition, and dismiss this civil proceeding with prejudice.

**IT IS HEREBY ORDERED** that the Proposed Findings and Recommended Disposition of the Magistrate Judge **[Doc. 22]** are adopted by the Court and Petitioner's Objections thereto **[Doc. 23]** are denied.

**IT IS FURTHER ORDERED** that the Petition Under 28 U.S.C. § 2254 For Writ of Habeas Corpus By A Person In State Custody **[Doc. 1]** is **denied** and this civil proceeding is **dismissed with prejudice**; and

**IT IS FURTHER ORDERED** that Petitioner's Motion To Order State To Complete Order For State Records **[Doc. 21]** be **denied** as moot.

_____
UNITED STATES DISTRICT JUDGE